# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERA RICKETTS,<br><br>    Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 2:22-cv-01561-ART-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has failed to do so. Accordingly, Plaintiff must file a certificate of interested parties no later than October 24, 2022.

IT IS SO ORDERED.

Dated: October 17, 2022

_____
Nancy J. Koppe
United States Magistrate Judge