UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERA RICKETTS,

    Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.,

    Defendant.

Case No. 2:22-cv-01561-ART-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 18, 2022, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: November 7, 2022

                                      Nancy J. Koppe
                                      United States Magistrate Judge