UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERA RICKETTS,<br><br>    Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 2:22-cv-01561-ART-NJK<br><br>**Order**<br><br>[Docket No. 10] |

    Pending before the Court is Defendant's proposed discovery plan. Docket No. 10. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). Defendant submits that Plaintiff agreed to the proposed discovery plan during a telephonic meet and confer conference. Docket No. 10 at 5. However, Plaintiff has not signed the proposed discovery plan. *See id.*

    Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. Docket No. 10. A joint proposed discovery plan fully complying with this Court's Local Rules must be submitted no later than November 28, 2022.

    IT IS SO ORDERED.

    Dated: November 21, 2022

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge