UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERA RICKETTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-01561-ART-NJK<br><br>**ORDER** |

On October 17, 2022, Plaintiff was ordered to file a certificate of interested parties no later than October 24, 2022. Docket No. 7. On November 7, 2022, Plaintiff was again ordered to file a certificate of interested parties no later than November 18, 2022. Docket No. 8. Plaintiff has not filed a certificate of interested parties. *See* Docket.

Accordingly, Plaintiff is **ORDERED** to file a certificate of interested parties by December 16, 2022. **Failure to comply with this order may result in sanctions, including a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: November 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1