Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERA RICKETTS,<br><br>                  Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>                  Defendant. | CASE NO.: 2:22-cv-01561-ART-NJK<br><br>**ORDER APPROVING**<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT IQ DATA INTERNATIONAL, INC. WITH PREJUDICE** |

      Plaintiff, Tera Ricketts ("Plaintiff") and Defendant, IQ Data International, Inc. ("IQD") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

      Therefore, the Parties, by and through themselves and their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to IQD, with Plaintiff and IQD bearing their own attorneys' fees and costs incurred in this action.

///

///

///

///

///

///

Page 1 of 2

Dated: March 3, 2023

_____
Tera Ricketts
3176 La Mancha Way
Henderson, NV  89014
infusionqueen21@gmail.com
*Plaintiff*

Dated: March 3, 2023

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Sean P. Flynn*
Sean P. Flynn, Esq.
Nevada Bar No. 15408
1 E. Liberty Street, Suite 424
Reno, NV 89501
sflynn@grsm.com
**Attorney for Defendant IQ Data International, Inc.**

## ORDER

Based on the parties' stipulation [ECF No. 17], and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant IQ DATA INTERNATIONAL, INC. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
Anne R. Traum
United States District Court Judge

DATED: March 6, 2023